Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RODRIGO HERNANDEZ-SANCHEZ,<br><br>Defendant. | NO. CR 13-5566 RJB<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

Based on the parties Joint Motion To Extend Time To File Indictment Under Speedy Trial Act, the facts set forth in which are hereby incorporated by reference and adopted as findings of fact, the Court makes the following findings of fact and conclusions of law:

1.  The defendant is charged by Information with Illegal Reentry After Deportation, in violation of Title 8, United States Code, Section 1326(a).

2.  The defendant was arrested and made his Initial Appearance on September 26, 2013, at which time the defendant stipulated to detention. The Court ordered the defendant detained.

3.  Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a

1  summons in connection with such charges. 18 U.S.C. § 3161(b).  Hence, at the present
2  time, the United States must obtain an Indictment in this case on or before October 26,
3  2013, to meet the requirements of the Speedy Trial Act.

4       4.     The defendant is diligently conducting an investigation into the
5  circumstances surrounding his situation at the time of his alleged offense.   The defendant
6  does not believe that this investigation and examination will be completed by the
7  expiration of the time to obtain an Indictment.  The defendant believes that the results of
8  his investigation will be essential to preparing his defense, and may facilitate a resolution
9  of this matter under the Government's fast track settlement policy for reentry offenses.  If
10 the defendant is indicted before a potential settlement is reached, however, he may lose
11 his eligibility for the benefits of the fast track program.

12      5.     The parties seek an Order extending the time within which an Indictment
13 must be filed on the ground that the ends of justice served by taking such action outweigh
14 the best interests of the public and the defendant in a speedy trial, as permitted by 18
15 U.S.C. § 3161(h)(7)(A), (B)(i) and (B)(iv).

16      6.     The defendant has executed a Waiver of Speedy Indictment waiving rights
17 under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. § 3161-3174 in this
18 regard, and has further agreed that the period from the date the Order extending the
19 Indictment deadline is signed until December 15, 2013, shall be an excludable period of
20 time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

21      7.     This is the first requested extension of the Speedy Trial Act in this case.

22      8.     For all the reasons set forth in the joint motion, the Court finds that the ends
23 of justice are served by a continuance and outweigh the best interests of the public and
24 the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161.

25
26      9.     In light of the foregoing, IT IS HEREBY ORDERED that the time to file
27 an Indictment in this matter be extended to December 15, 2013.  The period of delay
28

resulting from this continuance from the date of this Order up to and including December 15, 2013, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

DATED this 22nd day of October, 2013.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by:

s/ Amy Jaquette
AMY JAQUETTE
Assistant United States Attorney

s/ Steven J. Krupa
STEVEN J. KRUPA
Counsel for Defendant